## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Candace Whelan,

        Plaintiff,                    Civil 06-281 (PAM/RLE)

v.                                    **ORDER OF DISMISSAL**

Assurant Employee Benefits,
et al.,

        Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: October   31  , 2006

                                                s/Paul A. Magnuson
                                               Paul A. Magnuson, Judge
                                               United States District Court